# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS GALLAGHER, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC., AMARPREET SAWHNEY, GEORGE MIGAUSKY, ANDREW HURLEY, AND ERIC ANKERUD,<br><br>                  Defendants. | NO. 2:17-cv-05011 (SDW) (LDW) |

## CONSENT ORDER FOR *PRO HAC VICE* ADMISSION

This matter having come before the Court on the application of Ryan Chabot of Wilmer Cutler Pickering Hale & Dorr LLP ("movant"), attorney for Defendants Ocular Therapeutix, Inc., Amarpreet Sawhney, George Migausky, Andrew Hurley, and Eric Ankerud ("Defendants"), for *pro hac vice* admission of Michael G. Bongiorno on behalf of Defendants pursuant to Local Civil Rule 101.1(c); and the Court having considered the Certifications in support of the application, which reflect that Michael G. Bongiorno satisfies the requirements set forth in Local Civ. R. 101.1(c)(1); and Plaintiff consenting to the admissions requested; and for good cause shown,

IT IS on this **21st** day of **August, 2017**,

ORDERED that Michael G. Bongiorno of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, member in good standing of the Bars in which he is admitted, be hereby permitted to appear *pro hac vice* in the action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Defendants shall be signed by the movant or another member of the firm admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby;

IT IS FURTHER ORDERED that Michael G. Bongiorno pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(3)(c);

IT IS FURTHER ORDERED that Michael G. Bongiorno shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and

IT IS FURTHER ORDERED that Michael G. Bongiorno shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

IT IS FURTHER ORDERED that Michael G. Bongiorno shall make payment to the New Jersey Lawyer's Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a) and in accordance with Local Civil Rule 101.1(c)(2).

So Ordered,

*Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge